MARCUS A. JOHENGEN, Respondent, v. THE SALVATION ARMY, INCORPORATED, Defendant; MAX HALPERT and VIENNA COFFEE SHOP, INCORPORATED, Appellants. — Judgment modified on the facts by reducing the amount awarded to plaintiff from $1,585.73 to the sum of $1,085.73, and as so modified affirmed, without costs of this appeal to any party. Certain findings of fact and conclusion of law dis-

approved and reversed and new findings and conclusion made. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.